JOHN MAKOSKI, as Administrator of the Estate of SYL-VESTER MAKOSKI, Deceased, Respondent, *v.* UNION BAG AND PAPER COMPANY, Appellant.

(Submitted September 30, 1912; decided October 15, 1912.)

Motion for re-argument denied, with ten dollars costs. (See 206 N. Y. 663.)

---

JOHN F. WEINHEIMER, Respondent, *v.* ALEXANDER J. Ross et al., Appellants.

(Submitted June 29, 1912; decided October 15, 1912.)

Motion for re-argument denied, with ten dollars costs. (See 205 N. Y. 518.)